1  WILLIAM R. TAMAYO -- #084965 (CA)
   JONATHAN T. PECK -- #12303 (VA)
2  SANYA HILL MAXION -- # 18739 (WA)
   EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
3  San Francisco District Office
   350 The Embarcadero, Suite 500
4  San Francisco, California 94105
   Telephone: (415) 625-5650
5  Facsimile: (415) 625-5657

6  Attorneys for Plaintiff Equal Employment Opportunity Commission

7

8                      UNITED STATES DISTRICT COURT

9                      NORTHER DISTRICT OF CALIFORNIA

10 **EQUAL EMPLOYMENT OPPORTUNITY**  )    Civil Action No. C 05 3952 JCS
   **COMMISSION,**                              )
11                                             )
               Plaintiff,            )    **[~~PROPOSED~~] ORDER GRANTING**
12                                             )    **MOTION TO EXTEND TIME TO**
            v.                        )    **RESPOND TO COMPLAINT**
13                                             )
                                               )
14 **TAYLOR MADE DIGITAL SYSTEMS, INC.** )
                                               )
15             Defendant.        )
   _____)
16

17      Now on this <u>30th</u> day of November, 2005, the Plaintiff's Unopposed Motion to Extend

18 time for the Defendant to Respond to the Complaint comes on before this Court. Plaintiff

19 appeared by and through its attorney of record, Sanya Hill Maxion of the Equal Employment

20 Opportunity Commission. There were no other appearances.

21      The Court, after examining the Court file herein and being duly advised in the premises

22 hereof finds that Plaintiff's Unopposed Motion to Extend Time to respond to the Complaint

23 should be and is hereby granted and Defendant shall have until December 27, 2005, to file its

24 responsive pleading to Plaintiff's Complaint.

25 ///

26 ///

27 ///

28 ///

[~~PROPOSED~~] ORDER GRANTING MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT    Page 1

1    IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the above findings
2 of the Court should be and are hereby made by order of the court.
3    IT IS SO ORDERED.
4 DATED: _____November 30_____, 2005    _____
5                                                 U.S. MAGISTRATE JUDGE
                                                  JOSEPH C. SPERO

[~~PROPOSED~~] ORDER GRANTING MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT    Page 2