RICHARD T. BOWLES (# 46234)
MARY P. SULLIVAN (# 176195)
BOWLES & VERNA LLP
2121 N. California Boulevard, Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile: (925) 935-0371

Attorneys for Defendant
Ricoh Corporation for itself and as
Successor-In-Interest to Taylor Made
Digital Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RICOH CORPORATION, a subsidiary of RICOH COMPANY, LTD, d/b/a/, RICOH BUSINESS SYSTEMS, INC.; TAYLOR MADE DIGITAL SYSTEMS, INC.,<br><br>Defendant. | Case No.: C05 3952 MMC<br><br>**STIPULATION AND (PROPOSED) ORDER RE MEDIATION CUT-OFF DATE** |

Plaintiff EEOC, by and through its counsel, and Defendant Ricoh Corporation and Ricoh Corporation as the Successor-in-Interest to Taylor Made Digital Services, Inc., by and through their counsel, do hereby stipulate to continue the mediation cutoff date and request that the Court extend the mediation completion date from June 30, 2006 to July 31, 2006 by which the parties are to complete the mediation. This request is made because of Counsel's current trial schedule. Defense Counsel is scheduled to be in trial June 2, 2006 through June 16, 2006. After that time, Defense Counsel will need to depose Ms. Chene Gaspar, the complaining individual, in order to adequately prepare for the mediation. Counsel for the EEOC may also elect to depose at least

-1-

STIPULATION AND (PROPOSED) ORDER

one management official during this time. The parties have met and conferred and also spoken with the Court's appointed mediator, Alan Berkowitz, and he is available for mediation in July, 2006.

For these reasons, the parties request that the Court vacate the June 30, 2006 mediation cutoff date and reset it for July 31, 2006.

DATED: 5/4/2006

BOWLES & VERNA LLP

By /s/ Mary P. Sullivan
Mary P. Sullivan
Attorneys for Defendant
Ricoh Corporation for itself and as
Successor-In-Interest to Taylor Made
Digital Systems, Inc.

DATED: May 4, 2006

Equal Employment Opportunity Commission

By /s/
Sanya Hill Maxion
Attorney for Plaintiff

Having reviewed the Stipulation of counsel regarding an extension of the mediation cutoff date, it is hereby ordered that the current mediation cutoff date of June 30, 2006 is hereby vacated. The new mediation cutoff date is set for July 31, 2006.

IT IS SO ORDERED.

DATED: May 9, 2006

THE HONORABLE MAXINE M. CHESNEY

Bowles & Verna LLP
2121 N. California Blvd.
Suite 875
Walnut Creek 94596

-2-

STIPULATION AND (PROPOSED) ORDER